```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

CANDYCE UNICE POLK,                                      Plaintiff

v.                          4:12CV00333 BRW

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,                                 Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of May, 2013.


                                  /s/ Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE